UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IRIS MARKEWICH, Derivatively, On Behalf of MEDTRONIC, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ARTHUR D. COLLINS, JR., WILLIAM A. HAWKINS, RICHARD H. ANDERSON, DAVID L. CALHOUN, DENISE M. O'LEARY, KENDALL J POWELL, ROBERT C. POZEN, JACK W. SCHULER, MICHAEL DEMANE, STEPHEN MAHLE, PAT MACKIN, SUSAN ALPERT, STEPHEN OESTERLE, GARY ELLIS, <br><br> Defendants, <br><br> -and- <br><br> MEDTRONIC, INC., a Minnesota Corporation, <br><br> Nominal Defendant. | Case No. 08-cv-00092 (RHK/AJB) |

**DEFENDANTS' MOTION TO DISMISS
AMENDED DERIVATIVE COMPLAINT**

Pursuant to Fed. R. Civ. P. 9(b), 12(b)(6), and 23.1, Defendants move the Court for an Order dismissing Plaintiff's Amended Derivative Complaint with prejudice and without leave to amend.

As grounds for the motion, defendants rely on the accompanying Memorandum of Law, the Declarations of Michael G. Bongiorno, Esq., and Adam J. Hornstine, Esq., the exhibits attached thereto, and the entire record, file and proceedings herein.

- 2 -

          Respectfully Submitted,

          s/Patrick S. Williams
          Patrick S. Williams (#196502)
          Briggs and Morgan, P.A.
          2200 IDS Center
          80 South 8th Street
          Minneapolis, MN 55402
          (612) 977-8274

*Of Counsel:*

Jeffrey B. Rudman
Michael G. Bongiorno
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

***Counsel for Defendants***

Dated: July 17, 2007