UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Iris Markewich,                                                        Civil No. 08-92 (RHK/AJB)

           Plaintiff,                                                    **ORDER**

vs.

Arthur D. Collins, Jr., et al.,

           Defendants.
_____

The hearing in the above matter with respect to Defendants' Motion to Dismiss Second Amended Derivative Complaint (Doc. No. 40), now scheduled for January 27, 2009, is **CANCELED**[1] and will be rescheduled.

Dated:   January 6, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge

---

[1] This Order does not apply to Kurzweil v. Medtronic, Inc., et al. (CV-07-4564), in which Defendant's Motion to Dismiss Consolidated Class Action Complaint (Doc. No. 57) remains on the Court's calendar for hearing at 8:00 a.m. on January 27, 2009 in Courtroom 7A, United States Courthouse, St. Paul, Minnesota.